UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA et. al.,<br><br>　　　　　Defendants.<br>_____<br>STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA et. al.,<br><br>　　　　　Defendants.<br>_____ | No.　CV-05-3073 PVT<br>　　　CV-05-3079 PVT<br><br>**ORDER *SUA SPONTE*<br>CONSOLIDATING CASES** |

　　　The Court has determined that civil actions CV-05-3073 and CV-05-3079 involve common questions of law and fact. Thus, pursuant to Fed. R. Civ P. 42(a),

　　　IT IS HEREBY ORDERED that civil actions CV-05-3073 and CV-05-3079 be consolidated.

//

IT IS FURTHER ORDERED that all future filings shall be made in only the CV-05-3073 action.

Dated: 11/16/05

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge